UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: CR05-321-RSL |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | DETENTION ORDER |
| | ) | |
| TIFFANY F. SARDEN | ) | |
| | ) | |
| Defendant. | ) | |

Offense charged:

Conspiracy to Commit Identity Theft, Possession of Document Making Implements, and Production of False Identification Documents; Bank Fraud (Seven Counts)

Date of Detention Hearing:   September 12, 2005

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1)   The defendant and her co-defendant have been indicted for conspiring to use the means of identification of other persons to produce false identification documents, and then to use the documents to obtain cash from banks, merchants and other entities.

(2) The defendant has a criminal history that includes forgery, multiple warrant arrests, theft 2nd degree, bank fraud, bond violation: failure to reside at a halfway house (escape), and supervised release violation. The United States Probation Office reports that the defendant, while on probation, committed four violations of supervised release which resulted in a warrant for her arrest. When the U.S. Marshals attempted to arrest her for the violations, she jumped from the third story of a building and escaped. She was eventually apprehended and served 15 months for supervised release revocation. At the time of her arrest for the instant offense, she was residing at an address other than the one which she provided to her probation officer.

(3) The defendant poses a risk of nonappearance because her criminal history includes several warrant arrests, prior pretrial revocation as a result of escaping from a halfway house, and violations and a warrant arrest while on probation. She poses a risk of danger based on the nature of the current charges, criminal history and noncompliance with prior terms of supervision. Furthermore, the current offense is alleged to have been committed while she was on probation.

(4) There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of

an appearance in connection with a court proceeding; and

(4)   The clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this <u>12th</u> day of September, 2005.

/s/ Mary Alice Theiler
Mary Alice Theiler
United States Magistrate Judge