UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NOS: CR05-0321 TSZ; |
| ) | CR00-0043 TSZ; CR99-0607 TSZ |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | SUMMARY REPORT OF U.S. |
| TIFFANY FLORENCE SARDEN ) | MAGISTRATE JUDGE AS TO |
| ) | ALLEGED VIOLATIONS |
| Defendant. ) | OF SUPERVISED RELEASE |
| ) | |

An evidentiary hearing on supervised release revocation in this case was scheduled before me on March 27, 2008. The United States was represented by AUSA Norman M. Barbosa and the defendant by Sally R. Gustafson Garrett. The proceedings were digitally recorded.

Defendant had been sentenced on or about December 1, 2005 in Case No. CR05-0321 by the Honorable Thomas S. Zilly on charges of Conspiracy to Commit Identity Theft and Bank Fraud, and sentenced to 18 months custody, 5 years supervised release. (Dkt. 44 )

The conditions of supervised release included the standard conditions plus the requirements that defendant be required to cooperate in the collection of DNA, be prohibited from possessing a firearm, submit to mandatory drug testing, participate in a substance abuse program, abstain

from alcohol, submit to search, participate in a mental health program, pay restitution in the amount of $37,459.54, provide access to financial information, maintain a single checking account for all financial transactions, provide information about all business interests, disclose all assets and liabilities, allow access to her personal computer, notify her probation officer of all software purchases, consent to ongoing monitoring of her computer, be prohibited from acquiring any new lines of credit, not be self-employed or employed by friends or relatives without approval, get pre-approval for all employment, provide information to her probation officer about earnings and not work for cash, and not possess any identification documents in any but her true identity.

The defendant had previously been sentenced in Case Nos. CR00-0043 TSZ and CR99-0607 TSZ, and was on supervised release at the time charges were filed in CR05-0321TSZ. According to the report filed by the probation officer, the periods of supervision in those cases have been tolled.

In an application dated March 11, 2008 (Dkt. 56 ), U.S. Probation Officer Felix Calvillo, Jr. alleged the following violations of the conditions of supervised release:

1.   Failing to notify the probation officer 10 days prior to a change in residence in violation of standard condition #6.

2.   Failing to notify the probation officer 10 days prior to a change of employment in violation of standard condition #6.

3.   Failing to submit a written report to the U.S. Probation office within the first five days of January and February 2008, in violation of standard condition #2.

Defendant was advised in full as to those charges and as to her constitutional rights.

Defendant admitted the alleged violations and waived any evidentiary hearing as to

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -2

01 whether they occurred. (Dkt. 62.)

02 I therefore recommend the Court find defendant violated her supervised release as alleged,

03 and that the Court conduct a hearing limited to the issue of disposition. The next hearing will be

04 set before Judge Zilly.

05 Pending a final determination by the Court, defendant has been detained.

06 DATED this 27th day of March, 2008.

07

08 Mary Alice Theiler
United States Magistrate Judge

09

10

11 cc:   District Judge:         Honorable Thomas S. Zilly
      AUSA:                    Norman M. Barbosa
      Defendant's attorney:    Sally R. Gustafson Garrett
12    Probation officer:       Felix Calvillo, Jr.

13

14

15

16

17

18

19

20

21

22

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -3